No. 17,809.

BILL SANCHEZ, ET AL. *v.* PEOPLE OF THE STATE OF COLORADO.

(293 P. [2d] 297)

Decided February 14, 1956.   Rehearing denied February 27, 1956.

Mr. CHARLES S. VIGIL, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.